IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:16-cv-2046-TSC |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

## ANSWER

Defendant United States Department of Justice hereby answers Plaintiff's Complaint as follows:

The unnumbered introductory paragraph consists of Plaintiff's characterization of its Complaint, to which no response is required.

In response to the numbered paragraphs of the Complaint, Defendant responds as follows:

1. This paragraph contains conclusions of law regarding jurisdiction, to which no response is required.

2. This paragraph contains conclusions of law regarding venue, to which no response is required.

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4. Defendant admits the first sentence. The second sentence contains conclusions of law, to which no response is required. Defendant admits the third sentence.

5. Defendant admits that Plaintiff submitted a FOIA request to the Federal Bureau of Investigation ("FBI") by certified mail and email on July 7, 2016. The request speaks for itself and Defendant respectfully refers the Court to it for a complete and accurate statement of its contents.

6. Admitted. The letters speak for themselves and Defendant respectfully refers the Court to them for a complete and accurate statement of their contents.

7. Defendant admits the first four sentences. The letter speaks for itself and Defendant respectfully refers the Court to it for a complete and accurate statement of its contents. Defendant denies the fifth sentence.

8. Admitted, except that Plaintiff's FOIA Request No. 1354023-000 is not the only FOIA request that Plaintiff submitted regarding the FBI's Clinton e-mail server investigation. The letter speaks for itself and Defendant respectfully refers the Court to it for a complete and accurate statement of its contents.

9. Admitted. The appeal speaks for itself and Defendant respectfully refers the Court to it for a complete and accurate statement of its contents.

10. Admitted. The letter speaks for itself and Defendant respectfully refers the Court to it for a complete and accurate statement of its contents.

11. Defendant denies the first sentence. Defendant admits that Plaintiff's appeal had not been adjudicated as of the filing of this Complaint.

12. Defendant repeats and incorporates the answers to Paragraphs 1-11 of the Complaint.

13. Denied.

14. This paragraph contains conclusions of law, not allegations of fact, and thus no response is required. To the extent a response is deemed necessary, denied.

The remaining paragraphs of the Complaint contain Plaintiff's requested relief, to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations contained in the prayer for relief and further avers that Plaintiff is not entitled to the requested relief or any other relief.

WHEREFORE, Defendant respectfully requests that the Court enter judgment dismissing this action with prejudice and awarding Defendant costs and such other relief as the Court may deem appropriate.

Respectfully submitted this 7th day of December, 2016,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Cesar A. Lopez-Morales*
CESAR A. LOPEZ-MORALES
Trial Attorney, MA Bar No. 690545
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 305-8550 (office)
(202) 616-8460 (fax)
cesar.a.lopez-morales@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2016, a copy of the foregoing pleading was filed electronically via the Court's ECF system which sent notification of such filing to counsel of record.

*/s/ Cesar A. Lopez-Morales*
CESAR A. LOPEZ-MORALES
Trial Attorney, MA Bar No. 690545
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 305-8550 (office)
(202) 616-8460 (fax)
cesar.a.lopez-morales@usdoj.gov

*Attorney for Defendant*