**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                      )
JUDICIAL WATCH, INC.,                 )
                                      )
        Plaintiff,                 )
                                      )
        v.                         )   Case No. 16-cv-2046 (TSC)
                                      )
U.S. DEPARTMENT OF JUSTICE,           )
                                      )
        Defendant.                 )
_____)

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated January 17, 2017 and its ruling from the bench on January 17, Plaintiff Judicial Watch ("Plaintiff") and Defendant United States Department of Justice ("Defendant") submit the following Joint Status Report:

Over the past three months, the FBI has continued to process the Hillary Clinton investigative file and to make monthly releases of all non-exempt information to its electronic FOIA library ("The Vault"). Since the last status conference, the FBI has made three monthly productions on the first Friday of every month and has processed 1,512 pages. Specifically, the FBI has:

    (1) Production #5, Vault Part 6 (February 3, 2017): processed 499 pages, of which 168 pages were produced in whole or in part, 2 pages were withheld in full, and 329 pages were sent for consultation;

    (2) Production #6, Vault Part 7 (March 3, 2017): processed 512 pages, of which 29 pages were produced in whole or in part, 12 pages were withheld in full, and 471 pages were sent for consultation; and

    (3) Production #7, Vault Part 8 (April 7, 2017): processed 501 pages, of which 15 pages were produced in whole or in part, 33

>pages were withheld in full, 8 pages were duplicates, and 445
>pages were sent for consultation.

For each of these productions, the FBI advised Plaintiff in writing that all non-exempt, releasable records for each month had been released to The Vault (212 pages).  The processed pages that were not released were determined to be duplicative of documents previously processed in this case (8 pages); were sent for consultation to other agencies having equities in those records (and will be produced, as appropriate and subject to FOIA, upon return from the other agencies) (1,245 pages); or were withheld in full pursuant to FOIA exemptions (47 pages).

In accordance with the Court's instructions, the FBI added Bates numbers to every processed page and will continue to do so until processing is completed.  Additionally, as previously represented to Plaintiff, the FBI retroactively added Bates numbers to those pages that already were processed prior to the January 17, 2017 Status Conference as part of Productions #1-4.  The Bates numbered versions of those productions are available to Plaintiff and the public on The Vault.

Finally, the FBI is continuing to process for production/withholding or for consultation to other agencies at least 500 pages per month of records in the Clinton investigative file.  The FBI will continue to make rolling, monthly productions of all non-exempt records, or non-exempt portions of records, on or before the first Friday of every month.  The next production will be made on or before May 5, 2017.

The next Status Conference is scheduled for April 25, 2017.  Subsequently, the parties propose filing their next joint status report on July 17, 2017.  Moreover, Plaintiff proposes scheduling a status conference for July 24, 2017 to update the Court on the processing and production of records.

Dated: April 17, 2017

/s/ Michael Bekesha
Michael Bekesha (DC Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Counsel for Plaintiff*

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
U.S. Attorney for the District of Columbia

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Cesar A. Lopez-Morales*
CESAR A. LOPEZ-MORALES
Trial Attorney, MA Bar No. 690545
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 305-8550 (office)
(202) 616-8460 (fax)
cesar.a.lopez-morales@usdoj.gov

*Counsel for Defendant*