**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                                )
JUDICIAL WATCH, INC.,           )
                                )
        Plaintiff,              )
                                )
    v.                          )   Case No. 16-cv-2046 (TSC)
                                )
U.S. DEPARTMENT OF JUSTICE,     )
                                )
        Defendant.              )
_____)
```

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated April 19, 2017, Plaintiff Judicial Watch ("Plaintiff") and Defendant United States Department of Justice ("Defendant") submit the following Joint Status Report:

The FBI has continued to process the Hillary Clinton investigative file and to make monthly releases of all non-exempt information to its electronic FOIA library ("The Vault"). Since the parties' last Joint Status Report filed on April 17, 2017, *see* ECF No. 8, the FBI has made three monthly productions on the first Friday of every month and has processed 1,518 pages. Specifically, the FBI has:

(1) Production #8, Vault Part 9 (May 5, 2017): processed 500 pages, of which 117 pages were produced in whole or in part, 98 pages were withheld in full pursuant to FOIA exemption(s), 231 pages were sent for consultation, and 54 were withheld because they were duplicates;

(2) Production #9, Vault Part 10 (June 2, 2017): processed 505 pages, of which 214 pages were produced in whole or in part, 157 pages were withheld in full pursuant to FOIA exemption(s), 122 pages were sent for consultation, and 12 were withheld because they were duplicates; and

      (3) Production #10, Vault Part 11 (July 7, 2017): processed 513 pages, of which 28 pages were produced in whole or in part, and 485 pages were withheld in full pursuant to FOIA exemption(s).

For each of these productions, the FBI advised Plaintiff in writing that all non-exempt, releasable records for each month had been released to The Vault (359 pages).  The processed pages that were not released were determined to be duplicative of documents previously processed in this case (66 pages); were sent for consultation to other agencies having equities in those records (and will be produced, as appropriate and subject to FOIA, upon return from the other agencies) (353 pages); or were withheld in full pursuant to FOIA exemptions (740 pages).

    Finally, the FBI is continuing to process for production/withholding or for consultation to other agencies at least 500 pages per month of records in the Clinton investigative file.  The FBI will continue to make rolling, monthly productions of all non-exempt records, or non-exempt portions of records, on or before the first Friday of every month.  The FBI anticipates that it will conclude processing the records in the Clinton investigative file for production/withholding or for consultation to other agencies in approximately twelve months.[1]  The next production will be made on or before August 4, 2017.  The parties propose filing their next joint status report on October 16, 2017.[2]

---

[1] Based on Defendant's anticipated schedule, it appears as though there are approximately 6,000 additional pages (500 pages x 12 months) for Defendant to process.  However, at the end of the anticipated 12 months, the processing of records will not be complete.  Not all non-exempt records will have been produced.  Instead, based on Defendant's representation, it is entirely possible – and very likely – that records will remain out for consultation with other agencies in 12 months.  In addition, Defendant does not even suggest when that consultation process will end.

[2] Plaintiff remains concerned that the processing of this FOIA request is taking too long and still maintains that the FBI should be required to process more than 500 pages per month.  Plaintiff also continues to believe that a status conference may be helpful to address this issue.  Defendant believes that a status conference is not necessary at this stage given its ongoing compliance with

Dated:  July 17, 2017

/s/ Michael Bekesha
Michael Bekesha (DC Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Counsel for Plaintiff*

Respectfully submitted,

BRETT A. SHUMATE
Deputy Assistant Attorney General

CHANNING D. PHILLIPS
U.S. Attorney for the District of Columbia

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Cesar A. Lopez-Morales
CESAR A. LOPEZ-MORALES
Trial Attorney, MA Bar No. 690545
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 305-8550 (office)
(202) 616-8460 (fax)
cesar.a.lopez-morales@usdoj.gov

*Counsel for Defendant*

---

the current processing schedule, which was discussed extensively and approved by this Court. *See* Joint Status Report, ECF No. 7; Court's January 17, 2017 Minute Order.