IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JUDICIAL WATCH, INC.,                   )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )   Case No. 16-cv-2046 (TSC)
                                        )
U.S. DEPARTMENT OF JUSTICE,             )
                                        )
            Defendant.                  )
_____)

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated July 19, 2017, Plaintiff Judicial Watch ("Plaintiff") and Defendant United States Department of Justice ("Defendant") submit the following Joint Status Report:

The FBI has continued to process the Hillary Clinton investigative file and to make monthly releases of all non-exempt information to its electronic FOIA library ("The Vault"). Since the parties' last Joint Status Report filed on July 17, 2017, *see* ECF No. 9, the FBI has made three monthly productions on the first Friday of every month and has processed 1,547 pages. Specifically, the FBI has:

(1) Production #11, Vault Part 12 (August 4, 2017): processed 509 pages, of which 17 pages were produced in whole or in part, 483 pages were withheld in full pursuant to FOIA exemption(s), and 9 were withheld because they were duplicates;

(2) Production #12, Vault Part 13 (September 1, 2017): processed 528 pages, of which 2 pages were produced in whole or in part, 526 pages were withheld in full pursuant to FOIA exemption(s); and

(3) Production #13, Vault Part 14 (October 6, 2017): processed 510 pages, of which 12 pages were produced in whole or in part, and 498 pages were withheld in full pursuant to FOIA exemption(s).

For each of these productions, the FBI advised Plaintiff in writing that all non-exempt, releasable records for each month had been released to The Vault (31 pages). The processed pages that were not released were determined to be duplicative of documents previously processed in this case (9 pages) or were withheld in full pursuant to FOIA exemptions (1,507 pages).

Finally, the FBI is continuing to process for production/withholding or for consultation to other agencies at least 500 pages per month of records in the Clinton investigative file. The FBI will continue to make rolling, monthly productions of all non-exempt records, or non-exempt portions of records, on or before the first Friday of every month. For purposes of this case, the FBI anticipates that it will conclude processing the records in the Clinton investigative file for production/withholding or for consultation to other agencies in approximately nine months, subject to any pending consultations to other government agencies. The next production will be made on or before November 3, 2017.

With respect to the third part of Plaintiff's FOIA Request (FOIAPA Request No. 1354040-000) seeking "[a]ny and all records regarding, concerning, or related to the meeting between Attorney General Lynch and former President Bill Clinton on June 27, 2016," by letter dated August 10, 2017, the FBI notified Plaintiff that it determined potentially responsive documents may exist; their request was being reopened, and the FBI was searching for responsive material. The FBI has completed its search which resulted in the location of an estimate of 30 pages of potentially responsive records. The FBI anticipates that it will review and process the documents to release all reasonably segregable non-exempt information to the Plaintiff by no later than November 30, 2017.

The parties propose filing their next joint status report on January 15, 2018.

Dated: October 16, 2017                                       Respectfully submitted,

*/s/ Michael Bekesha*
Michael Bekesha (DC Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Counsel for Plaintiff*

BRETT A. SHUMATE
Deputy Assistant Attorney General

JESSIE K. LIU
U.S. Attorney for the District of Columbia

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Cesar A. Lopez-Morales*
CESAR A. LOPEZ-MORALES
Trial Attorney, MA Bar No. 690545
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 305-8550 (office)
(202) 616-8460 (fax)
cesar.a.lopez-morales@usdoj.gov

*Counsel for Defendant*