**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-cv-2046 (TSC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated October 16, 2017, Plaintiff Judicial Watch ("Plaintiff") and Defendant United States Department of Justice ("Defendant") submit the following Joint Status Report:

The FBI has continued to process the Hillary Clinton investigative file and to make monthly releases of all non-exempt information to its electronic FOIA library ("The Vault"). Since the parties' last Joint Status Report filed on October 16, 2017, *see* ECF No. 10, the FBI has made three monthly productions and has processed 1,630 pages. Specifically, the FBI has:

(1) Production #14, Vault Part 15 (November 3, 2017): processed 527 pages, of which 127 pages were produced in whole or in part, 232 pages were withheld in full pursuant to FOIA exemption(s), 5 pages were withheld because they were duplicates, and 163 pages were sent for consultation to other government agencies ("OGAs");

(2) Production #15, Vault Part 16 (December 1, 2017): processed 509 pages, of which 148 pages were produced in whole or in part, 3 pages were withheld in full pursuant to FOIA exemption(s), 51 pages were withheld because they are duplicates, and 307 pages were sent for consultation to OGAs; and

(3) Production #16, Vault Part 17 (January 5, 2018)[1]: processed 594 pages, of which 132 pages were produced in whole or in part, no pages were withheld in full pursuant to FOIA exemption(s), and 462 pages were sent for consultation to OGAs.

For each of these productions, the FBI advised Plaintiff in writing that all non-exempt, releasable records for each month had been released to The Vault (407 pages). The processed pages that were not released were determined to be duplicative of documents previously processed in this case (56 pages), were withheld in full pursuant to FOIA exemptions (235 pages), or were sent to OGAs for consultation before final disclosure determinations are made (932 pages).

Finally, the FBI is continuing to process for production/withholding or for consultation to other agencies at least 500 pages per month of records in the Clinton investigative file. The FBI will continue to make rolling, monthly productions of all non-exempt records, or non-exempt portions of records, on or before the first Friday of every month. For purposes of this case, the FBI anticipates that it will conclude processing the records in the Clinton investigative file for production/withholding or for consultation to other agencies in approximately six months, subject to any pending consultations to other government agencies. The next production will be made on or before February 2, 2018.

With respect to the third part of Plaintiff's FOIA Request (FOIAPA Request No. 1354040-000) seeking "[a]ny and all records regarding, concerning, or related to the meeting between Attorney General Lynch and former President Bill Clinton on June 27, 2016," the FBI released all reasonably segregable non-exempt information to Plaintiff on November 30, 2017. Specifically, the FBI processed 29 pages of responsive records and released all pages in whole or

---

[1] The FBI asserts that it posted Production #16 to The Vault on Friday, January 5, 2018. However, Plaintiff asserts that it could not access the production on Friday or throughout the weekend. Regardless, Plaintiff has had access to Production #16 since no later than Monday, January 8.

in part, with exempt information redacted pursuant to FOIA Exemptions (b)(5), (b)(6), and/or (b)(7)(C).

Pursuant to the Court's October 16, 2017 Minute Order, the parties will file their next joint status report on April 16, 2018.

Dated: January 15, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

*/s/ Michael Bekesha*
Michael Bekesha (DC Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172

JESSIE K. LIU
U.S. Attorney for the District of Columbia

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*Counsel for Plaintiff*

*/s/ Cesar A. Lopez-Morales*
CESAR A. LOPEZ-MORALES
Trial Attorney, MA Bar No. 690545
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
(202) 305-8550 (office)
(202) 616-8460 (fax)
cesar.a.lopez-morales@usdoj.gov

*Counsel for Defendant*