IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JUDICIAL WATCH, INC.,               )
                                    )
            Plaintiff,              )
                                    )
        v.                          )   Case No. 16-cv-2046 (TSC)
                                    )
U.S. DEPARTMENT OF JUSTICE,         )
                                    )
            Defendant.              )
_____)

## JOINT STATUS REPORT

Plaintiff Judicial Watch ("Plaintiff") and Defendant United States Department of Justice ("Defendant") submit the following Joint Status Report:

Subject to the exception discussed below, the FBI has continued to process the Hillary Clinton investigative file and to make monthly releases of all non-exempt information subject to FOIA to its electronic FOIA library ("The Vault"). Since the parties' last Joint Status Report filed on May 11, 2020, *see* ECF No. 26, the FBI has made three monthly responses and has 97 pages. Specifically, the FBI has made:

(1) Production #42, Vault Part 41 (June 5, 2020): processed 97 pages, of which 78 pages were produced in whole or in part, 17 pages were withheld in full pursuant to FOIA exemptions, and 2 pages were withheld because they are duplicates;

(2) Production #43, (July 3, 2020): FBI did not produce any documents, because it had processed all information currently in its possession as of that date, and was awaiting response of other agencies with whom it is consulting;

(3) Production #44, (August 7, 2020): FBI did not produce any documents, because it had processed all information currently in its possession as of that date, and was awaiting response of other agencies with whom it is consulting.

For this production, the FBI advised Plaintiff in writing that all non-exempt, releasable records subject to FOIA for each month had been released to The Vault (97 pages). The processed pages that were not released were determined to be duplicative (2 pages), or were withheld in full pursuant to FOIA exemptions (17 pages).

As indicated in previous status reports and shown above, in the course of processing these records, the FBI has identified records originating from or containing the equities of more than a dozen other government agencies ("OGAs,") which were referred for consultation. Since January 6, 2017, the FBI has made approximately 92 consultation requests to over a dozen agencies and one direct referral to the Department of State, totaling approximately 5,541 pages from the pending investigative file.[1] Of those approximately 92 consultation requests, there remain approximately 23 outstanding referrals consisting of approximately 2,025 pages, which may contain information responsive to the requests at issue.[2] The FBI will continue to make rolling, monthly productions of all non-exempt records, or non-exempt portions of records, subject to FOIA on a monthly basis as it receives responses to its consultation packages from those OGAs.

Pursuant to the Court's October 16, 2017 Minute Order, the parties will file their next joint status report on November 8, 2020, or earlier if the production of responsive records is completed before then.

---

[1] State will be responding directly to Plaintiff regarding the disposition of the direct referral materials. The FBI will continue responding to Plaintiff regarding the disposition of the consultation materials.

[2] In many instances, the same pages or records were sent to multiple different agencies for review. In some instances, the FBI has received input back from some agencies but not others regarding the same records. Because of the potential risk of counting the same pages more than once or missing pages, the FBI has been tracking the status of consultation packages versus specific pages.

Dated:  August 10, 2020

*/s/    Michael Bekesha*
Michael Bekesha (DC Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Counsel for Plaintiff*

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Joseph E. Borson*
JOSEPH E. BORSON
Trial Attorney, VA Bar No. 85519
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12508
Washington, D.C. 20005
(202) 514-1944 (office)
joseph.borson@usdoj.gov

*Counsel for Defendant*