IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
JUDICIAL WATCH, INC.,                 )
                                      )
            Plaintiff,                )
                                      )
      v.                              )    Case No. 16-cv-2046 (TSC)
                                      )
U.S. DEPARTMENT OF JUSTICE,           )
                                      )
            Defendant.                )
_____)

**JOINT STATUS REPORT**

Plaintiff Judicial Watch ("Plaintiff") and Defendant United States Department of Justice ("Defendant") submit the following Joint Status Report:

Since the parties' last Joint Status Report filed on November 9, 2021, *see* ECF No. 32, the FBI has issued three monthly response letters. For each, FBI did not produce any documents because it had processed all information currently in its possession as of that date, and was awaiting response of other agencies with whim it is consulting.

As indicated in previous status reports and shown above, in the course of processing these records, the FBI has identified records originating from or containing the equities of more than dozen other government agencies ("OGAs,") which were referred for consultation. Since January 6, 2017, the FBI has made approximately 92 consultation requests to over a dozen agencies and one direct referral to Department of State, totaling approximately 5,541 pages from the pending investigative file.[1] Of those approximately 92 consultation requests, there remains

---

[1] State will be responding directly to Plaintiff regarding the disposition of the direct referral materials. The FBI will continue responding to Plaintiff regarding the disposition of the consultation materials.

approximately 21 outstanding referrals consisting of approximately 1,947 pages, which may contain information responsive to the requests at issue.[2] The FBI will continue to make rolling, monthly productions of all non-exempt records, or non-exempt portions of records, subject to FOIA on a monthly basis as it receives responses to its consultation packages from those OGAs.

Pursuant to the Court's October 16, 2017 Minute Order, the parties will file their next joint status report on May 3, 2022, or earlier if the production of responsive records is completed before then.

Dated: February 7, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

/s/ Michael Bekesha
Michael Bekesha (DC Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Joseph E. Borson
JOSEPH E. BORSON
Trial Attorney, VA Bar No. 85519
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12508
Washington, D.C. 20005
(202) 514-1944 (office)
joseph.borson@usdoj.gov

*Counsel for Plaintiff*

*Counsel for Defendant*

---

[2] In many instances, the same pages or records were sent to multiple different agencies for review. In some instances, the FBI has received input back from some agencies but not others regarding the same records. Because of the potential risk of counting the same pages more than once or missing pages, the FBI has been tracking the status of consultation packages versus specific pages.