IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JUDICIAL WATCH, INC.,               )
                                    )
        Plaintiff,              )
                                    )
        v.                      )    Case No. 16-cv-2046 (TSC)
                                    )
U.S. DEPARTMENT OF JUSTICE,         )
                                    )
        Defendant.              )
_____)

## JOINT STATUS REPORT

Plaintiff Judicial Watch ("Plaintiff") and Defendant United States Department of Justice ("Defendant") submit the following Joint Status Report:

Since the parties' last Joint Status Report filed on February 7, 2022, *see* ECF No. 33, the FBI has issued two monthly response letters. Specifically, the FBI has made:

(1) Production #63, (March 4, 2022): FBI did not produce any documents, because it had processed all information currently in its possession as of that date, and was awaiting responses of other agencies with whom it is consulting.

(2) Production #64, Vault Part 44 (April 1, 2022): processed 44 pages, of which 37 pages were produced in whole or in part and 7 pages were withheld in full pursuant to applicable FOIA exemptions.

As indicated in previous status reports and shown above, in the course of processing these records, the FBI has identified records originating from or containing the equities of more than a dozen other government agencies ("OGAs,") which were referred for consultation. Since January 6, 2017, the FBI has made approximately 92 consultation requests to over a dozen agencies and one direct referral to Department of State, totaling approximately 5,541 pages from

the pending investigative file.[1] Since the filing of the last status report, the FBI reached out to the other government agencies to which it had sent consultation requests, and confirmed that of those approximately 92 consultation requests, there are approximately 19 outstanding referral packages consisting of approximately 2,223[2] pages.[3] The FBI further confirmed that the other government agencies were in receipt of all the consultation requests. The FBI will continue to make rolling, monthly productions of all non-exempt records, or non-exempt portions of records, subject to FOIA on a monthly basis as it receives responses to its consultation packages from those OGAs.

Pursuant to the Court's October 16, 2017 Minute Order, the parties will file their next joint status report on Monday, August 1, 2022, or earlier if the production of responsive records is completed before then.

Dated: May 3, 2022

/s/ Michael Bekesha
Michael Bekesha (DC Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Joseph E. Borson
JOSEPH E. BORSON

---

[1] State will be responding directly to Plaintiff regarding the disposition of the direct referral materials. The FBI will continue responding to Plaintiff regarding the disposition of the consultation materials.

[2] Previously, the FBI reported that there were approximately 1,947 pages outstanding. However, after reviewing one of the consultation responses, the FBI determined that the agency that reviewed the records had not addressed all of the records that had been sent to it for consultation; those pages were resubmitted to the agency for review.

[3] In many instances, the same pages or records were sent to multiple different agencies for review. In some instances, the FBI has received input back from some agencies but not others regarding the same records. Because of the potential risk of counting the same pages more than once or missing pages, the FBI has been tracking the status of consultation packages versus specific pages.

*Counsel for Plaintiff*

Trial Attorney, VA Bar No. 85519  
United States Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street, N.W., Room 12508  
Washington, D.C. 20005  
(202) 514-1944 (office)  
joseph.borson@usdoj.gov

*Counsel for Defendant*