IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-cv-2046 (TSC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch ("Plaintiff") and Defendant United States Department of Justice ("Defendant") submit the following Joint Status Report:

Since the parties' last Joint Status Report filed on August 1, 2022, *see* ECF No. 35, the FBI has issued three (3) monthly response letters. Specifically, the FBI has made:

(1) Production #68 (August 5, 2022): the FBI did not produce any documents, because it had processed all information currently in its possession as of that date, and was awaiting responses from other government agencies with whom it is consulting.

(2) Production #69 (September 2, 2022): the FBI did not produce any documents, because it had processed all information currently in its possession as of that date, and was awaiting responses from other government agencies with whom it is consulting.

(3) Production #70, Vault Part 47 (October 7, 2022): the FBI processed 6 pages, of which all 6 pages were released in part and placed on the Vault.

As indicated in previous status reports and shown above, in the course of processing these records, the FBI has identified records originating from or containing the equities of more than a dozen other government agencies ("OGA"), which were referred for consultation to the

applicable OGA(s).  Since January 6, 2017, the FBI has made approximately 92 consultation requests to over a dozen government agencies and one direct referral to the Department of State, totaling approximately 5,541 pages from the pending investigative file.[1]  Since the last status report, the FBI has reached out to the other government agencies to which it has sent consultation requests.  The FBI determined that there are 7 outstanding referral packages consisting of approximately 1,625 pages.[2]  The FBI confirmed that the other government agencies received all the consultation requests.  The FBI will continue to make rolling, monthly productions of all non-exempt records, or non-exempt portions of records, subject to FOIA on a monthly basis as it receives responses to its consultation requests from the OGAs.

       Pursuant to the Court's October 16, 2017, Minute Order, the parties will file their next joint status report on January 30, 2023, or earlier if the production of responsive records is completed before then.

---

[1] State will respond directly to Plaintiff regarding the disposition of the direct referral records. The FBI will continue responding to Plaintiff regarding the disposition of the consultation records.

[2] In many instances, the same pages were sent to multiple different agencies for review. The FBI has received input from some agencies, but not others regarding the same pages. Because of the potential risk of counting the same pages more than once or missing pages, the FBI has been tracking the status of consultation packages versus specific pages.

| | |
|---|---|
| Dated: November 1, 2022 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| */s/ Michael Bekesha*<br>Michael Bekesha (DC Bar No. 995749)<br>JUDICIAL WATCH, INC.<br>425 Third Street, S.W., Suite 800<br>Washington, DC 20024<br>(202) 646-5172 | ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch |
| | */s/ Joseph E. Borson*<br>JOSEPH E. BORSON<br>Trial Attorney, VA Bar No. 85519<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W., Room 12508<br>Washington, D.C. 20005<br>(202) 514-1944 (office)<br>joseph.borson@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |