IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 16-cv-2046 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch ("Plaintiff") and Defendant United States Department of Justice ("Defendant") submit the following Joint Status Report.

Since the parties' last Joint Status Report, filed on November 1, 2022, *see* ECF No. 36, the FBI has issued three response letters. Specifically, the FBI has made:

(1) Production #71, Vault 48 (November 4, 2022): the FBI processed 99 pages, of which 63 pages were released in full or in part, 28 pages were withheld in full pursuant to FOIA exemptions, and 8 pages were withheld in full as "Other: DoS Reading Room."

(2) Production #72, Vault 49 (December 2, 2022): the FBI processed 307 pages, of which 305 pages were released in full or in part and 2 pages were withheld in full as "Other: DoS Reading Room."

(3) Production #73, Vault Part 50 (January 6, 2023): the FBI processed 301 pages, of which 285 pages were released in full or in part, 14 pages were withheld in full pursuant to FOIA exemptions, and 2 pages were withheld in full as "Other: DoS Reading Room."

As indicated in previous status reports and shown above, in the course of processing these records, the FBI has identified records originating from or containing the equities of more than a dozen other government agencies ("OGA"), which were referred for consultation. Since January 6, 2017, the FBI has made approximately 92 consultation requests to over a dozen agencies and one direct referral to the Department of State, totaling approximately 5,541 pages

from the pending investigative file.[1] The FBI determined that there remain records outstanding from seven referral packages consisting of approximately 863 pages.[2] The FBI will continue to make rolling, monthly productions of all non-exempt records and non-exempt portions of records subject to FOIA on a monthly basis as it receives responses to its consultation requests from the OGAs.

Pursuant to the Court's October 16, 2017, Minute Order, the parties will file their next joint status report on May 1, 2023, or earlier if the production of responsive records is completed before then.

Dated: January 30, 2023                                      Respectfully submitted,

                                                             BRIAN M. BOYNTON
/s/ Michael Bekesha                                          Principal Deputy Assistant Attorney General
Michael Bekesha (DC Bar No. 995749)
JUDICIAL WATCH, INC.                                         ELIZABETH J. SHAPIRO
425 Third Street, S.W., Suite 800                            Deputy Director, Federal Programs Branch
Washington, DC 20024
(202) 646-5172                                               /s/ Joseph E. Borson
                                                             JOSEPH E. BORSON
Counsel for Plaintiff                                        Trial Attorney, VA Bar No. 85519
                                                             United States Department of Justice
                                                             Civil Division, Federal Programs Branch
                                                             1100 L Street, N.W., Room 12508
                                                             Washington, D.C. 20005
                                                             (202) 514-1944 (office)
                                                             joseph.borson@usdoj.gov

                                                             Counsel for Defendant

---

[1] State will respond directly to Plaintiff regarding the disposition of the direct referral materials. The FBI will continue responding to Plaintiff regarding the disposition of the consultation materials.

[2] In many instances, the same pages were sent to multiple different agencies for review. The FBI has received input from some agencies, but not others regarding the same pages. Because of the potential risk of counting the same pages more than once or missing pages, the FBI has been tracking the status of consultation packages versus specific pages.