**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 16-cv-2046 (TSC) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Plaintiff Judicial Watch ("Plaintiff") and Defendant United States Department of Justice ("Defendant") submit the following Joint Status Report.

Since the parties' last Joint Status Report, filed on February 1, 2023, *see* ECF No. 37, the FBI has issued three response letters.  Specifically, the FBI has made:

(1) Production #74, Vault 51 (February 3, 2023):  the FBI processed 305 pages, of which 164 pages were released in full or in part, 123 pages were withheld in full pursuant to FOIA exemptions, 3 pages were withheld in full as duplicates, and 15 pages were withheld in full as "Other: DoS Reading Room."

(2) Production #75, Vault 52 (March 3, 2023):  the FBI processed 321 pages, of which 288 pages were released in full or in part, 3 pages were withheld in full pursuant to FOIA Exemptions, and 30 pages were withheld in full as "Other: DoS Reading Room."

(3) Production #76, Vault Part 53 (April 7, 2023):  the FBI processed 233 pages, of which 102 pages were released in full or in part and 131 pages were withheld in full pursuant to FOIA Exemptions.

As indicated in previous status reports and shown above, in the course of processing these records, the FBI has identified records originating from or containing the equities of more than a dozen other government agencies ("OGA"), which were referred for consultation.  Since January 6, 2017, the FBI has made approximately 92 consultation requests to over a dozen

agencies and one direct referral to the Department of State, totaling approximately 5,541 pages from the pending investigative file.[1]  The FBI determined that there remain records outstanding from a few referral packages consisting of approximately 186 pages.[2] The FBI will continue to make rolling, monthly productions of all non-exempt records and non-exempt portions of records subject to FOIA on a monthly basis as it receives responses to its consultation requests from the OGAs.

Pursuant to the Court's October 16, 2017, Minute Order, the parties will file their next joint status report on Monday, July 31, 2023, or earlier if the production of responsive records is completed before then.

Dated:  May 1,  2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

/s/ Michael Bekesha
Michael Bekesha (DC Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Joseph E. Borson
JOSEPH E. BORSON
Senior Trial Counsel, VA Bar No. 85519
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12508
Washington, D.C. 20005
(202) 514-1944 (office)
joseph.borson@usdoj.gov

Counsel for Plaintiff

Counsel for Defendant

---

[1] State will respond directly to Plaintiff regarding the disposition of the direct referral materials. The FBI will continue responding to Plaintiff regarding the disposition of the consultation materials.

[2] In many instances, the same pages were sent to multiple different agencies for review.  The FBI has received input from some agencies, but not others regarding the same pages.  Because of the potential risk of counting the same pages more than once or missing pages, the FBI has been tracking the status of consultation packages versus specific pages.