IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| Plaintiff, ) | |
| v. ) | Case No. 16-cv-2046 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch ("Plaintiff") and Defendant United States Department of Justice ("Defendant") submit the following Joint Status Report.

Since the parties' last Joint Status Report, filed on May 1, 2023, *see* ECF No. 38, the FBI has issued three response letters. Specifically, the FBI has made:

(1) Production #77, Vault 54 (May 5, 2023): the FBI processed 46 pages, of which 9 pages were released in full or in part, 11 pages were withheld in full pursuant to FOIA exemptions, and 26 pages were withheld in full as duplicates.

(2) Production #78, Vault 55 (June 2, 2023): the FBI processed 149 pages, of which 144 pages were released in full or in part, 3 pages were withheld in full pursuant to FOIA Exemptions, and 2 pages were withheld in full as duplicates.

(3) Production #79, Vault Part 56 (July 7, 2023): the FBI processed 19 pages, of which 18 pages were released in full or in part and 1 page was withheld in full pursuant to FOIA Exemptions.

As indicated in previous status reports and shown above, in the course of processing these records, the FBI has identified records originating from or containing the equities of more than a dozen other government agencies ("OGA"), which were referred for consultation. Since January 6, 2017, the FBI has made approximately 92 consultation requests to over a dozen agencies and one direct referral to the Department of State, totaling approximately 5,541 pages

from the pending investigative file.[1] The FBI determined that there remains approximately ten (10) or less pages to be reviewed by State (and, for a few records to be reviewed by other agencies identified by State) and returned to the FBI from the consultation requests.[2] The FBI will continue to make rolling, monthly productions of all non-exempt records and non-exempt portions of records subject to FOIA on a monthly basis as it receives responses to its consultation requests from the OGAs.

Pursuant to the Court's October 16, 2017, Minute Order, the parties will file their next joint status report October 30, 2023, or earlier if the production of responsive records is completed before then.

Dated:  July 31, 2023                               Respectfully submitted,

                                                    BRIAN M. BOYNTON
/s/ Michael Bekesha                                 Principal Deputy Assistant Attorney General
Michael Bekesha (DC Bar No. 995749)
JUDICIAL WATCH, INC.                                ELIZABETH J. SHAPIRO
425 Third Street, S.W., Suite 800                   Deputy Director, Federal Programs Branch
Washington, DC 20024
(202) 646-5172                                      /s/ Joseph E. Borson
                                                    JOSEPH E. BORSON
*Counsel for Plaintiff*                             Senior Trial Counsel, VA Bar No. 85519
                                                    United States Department of Justice
                                                    Civil Division, Federal Programs Branch
                                                    1100 L Street, N.W., Room 12508
                                                    Washington, D.C. 20005
                                                    (202) 514-1944 (office)
                                                    joseph.borson@usdoj.gov

                                                    *Counsel for Defendant*

---

[1] State will respond directly to Plaintiff regarding the disposition of the direct referral materials. The FBI will continue responding to Plaintiff regarding the disposition of the consultation materials.

[2] In many instances, the same pages were sent to multiple different agencies for review.  The FBI has received input from some agencies, but not others regarding the same pages.  Because of the potential risk of counting the same pages more than once or missing pages, the FBI has been tracking the status of consultation packages versus specific pages.