IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 16-cv-2046 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch ("Plaintiff") and Defendant United States Department of Justice ("Defendant") submit the following Joint Status Report.

Since the parties' last Joint Status Report, filed on July 31, 2023, *see* ECF No. 39, the FBI has issued three response letters.  For each, FBI did not produce any documents because it had produced all information currently in its possession as of that date, and was awaiting response of other agencies with whom it is consulting.

As indicated in previous status reports and shown above, in the course of processing these records, the FBI has identified records originating from or containing the equities of more than a dozen other government agencies ("OGA"), which were referred for consultation.  Since January 6, 2017, the FBI has made approximately 92 consultation requests to over a dozen agencies and one direct referral to the Department of State, totaling approximately 5,541 pages from the pending investigative file.[1]  The FBI determined that there remains approximately ten

---

[1] State will respond directly to Plaintiff regarding the disposition of the direct referral materials. The FBI will continue responding to Plaintiff regarding the disposition of the consultation materials.

(10) or less pages to be reviewed by State, plus an additional few records that State identified as needing to be reviewed by other agencies, and returned to the FBI from the consultation requests.[2] The FBI will continue to make rolling, monthly productions of all non-exempt records and non-exempt portions of records subject to FOIA on a monthly basis as it receives responses to its consultation requests from the OGAs. Defendant will make best efforts to complete processing of responsive pages by the time the next Joint Status Report is due.

Pursuant to the Court's October 16, 2017, Minute Order, the parties will file their next joint status January 29, 2024, or earlier if the production of responsive records is completed before then.

| | |
|---|---|
| Dated:  October 30, 2023 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| /s/ Michael Bekesha<br>Michael Bekesha (DC Bar No. 995749)<br>JUDICIAL WATCH, INC.<br>425 Third Street, S.W., Suite 800<br>Washington, DC 20024<br>(202) 646-5172<br><br>*Counsel for Plaintiff* | ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch<br><br>/s/ Joseph E. Borson<br>JOSEPH E. BORSON<br>Senior Trial Counsel, VA Bar No. 85519<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W., Room 12508<br>Washington, D.C. 20005<br>(202) 514-1944 (office)<br>joseph.borson@usdoj.gov<br><br>*Counsel for Defendant* |

---

[2] In many instances, the same pages were sent to multiple different agencies for review.  The FBI has received input from some agencies, but not others regarding the same pages.  Because of the potential risk of counting the same pages more than once or missing pages, the FBI has been tracking the status of consultation packages versus specific pages.