# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-2046 (TSC) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

Plaintiff Judicial Watch ("Plaintiff") and Defendant United States Department of Justice ("Defendant") submit the following Joint Status Report.

Since the parties' last Joint Status Report, filed on October 30, 2023, *see* ECF No. 40, the FBI has issued three response letters.  For each, FBI did not produce any documents because it had produced all information currently in its possession as of that date, and was awaiting response of other agencies with whom it is consulting.

As indicated in previous status reports and shown above, in the course of processing these records, the FBI has identified records originating from or containing the equities of more than a dozen other government agencies ("OGA"), which were referred for consultation.  Since January 6, 2017, the FBI has made approximately 92 consultation requests to over a dozen agencies and one direct referral to the Department of State, totaling approximately 5,541 pages from the pending investigative file.[1]  The FBI is not specifically aware of any remaining

---

[1] State will respond directly to Plaintiff regarding the disposition of the direct referral materials. The FBI will continue responding to Plaintiff regarding the disposition of the consultation materials.

responsive pages of material, but is conducting a final review to ensure that all responsive pages have been processed for final response.   Defendant will make best efforts to complete processing of responsive pages, if any, or to confirm that there are no outstanding pages, by the time the next Joint Status Report is due.

Pursuant to the Court's October 16, 2017, Minute Order, the parties will file their next joint status April 29, 2024, or earlier if the production of responsive records is completed before then.

Dated:  January 29, 2024

Respectfully submitted,

/s/ Michael Bekesha
Michael Bekesha (DC Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172

Counsel for Plaintiff

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Joseph E. Borson
JOSEPH E. BORSON
Senior Trial Counsel, VA Bar No. 85519
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12508
Washington, D.C. 20005
(202) 514-1944 (office)
joseph.borson@usdoj.gov

Counsel for Defendant