# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) | Case No. 16-cv-2046 (TSC) |

## JOINT STATUS REPORT

Plaintiff Judicial Watch ("Plaintiff") and Defendant United States Department of Justice ("Defendant") submit the following Joint Status Report.

As explained in the parties' last Joint Status Report, filed on July 29, 2024, *see* ECF No. 44, the FBI has completed its review of records subject to the FOIA that are responsive to Plaintiff's requests. The FBI has provided final determinations, and, if applicable, productions, for all such records to Plaintiff.

The parties have conferred. Plaintiff does not have any objections to the FBI's search or the application of FOIA exemptions to records that have been withheld in part. Plaintiff has requested further information regarding records that have been withheld in full, which Defendant is endeavoring to provide.

The parties are continuing to confer, and hope that they may be able to resolve any outstanding issues without the need for further judicial involvement. To allow those discussions to continue, the parties request until January 27, 2025, to file a further joint status report.

| | |
|---|---|
| Dated:  October 28, 2024 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| */s/ Michael Bekesha*<br>Michael Bekesha (DC Bar No. 995749)<br>JUDICIAL WATCH, INC.<br>425 Third Street, S.W., Suite 800<br>Washington, DC 20024<br>(202) 646-5172<br><br>*Counsel for Plaintiff* | ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch<br><br>*/s/ Jacob S. Siler*<br>JACOB S. SILER (D.C. Bar. No. 1003383)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 353-4556<br>Email: Jacob.S.Siler@usdoj.gov<br><br>*Counsel for Defendant* |