IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-2046 (TSC) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiff Judicial Watch ("Plaintiff") and Defendant United States Department of Justice ("Defendant") submit the following Joint Status Report.

As explained in the parties' last Joint Status Report, filed on April 28, 2025, *see* ECF No. 47, the FBI has completed its review of records subject to the FOIA that are responsive to Plaintiff's requests. The FBI has provided final determinations, and, if applicable, productions, for all such records to Plaintiff.

The parties have conferred. Plaintiff does not have any objections to the FBI's search or the application of FOIA exemptions to records that have been withheld in part. Plaintiff requested further information regarding records that have been withheld in full. Defendant provided initial information as to the records withheld in full on December 13, 2024. Plaintiff has requested additional information regarding Defendant's withholdings with respect to Exemptions 5, 6, 7A, and 7C, which Defendant is endeavoring to provide before the next joint status report.

The parties are continuing to confer, and hope that they may be able to resolve any outstanding issues without the need for further judicial involvement. To allow those discussions to continue, the parties request until October 27, 2025, to file a further joint status report.

| | |
|---|---|
| Dated:  July 28, 2025 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
| /s/ Michael Bekesha<br>Michael Bekesha (DC Bar No. 995749)<br>JUDICIAL WATCH, INC.<br>425 Third Street, S.W., Suite 800<br>Washington, DC 20024<br>(202) 646-5172 | ELIZABETH J. SHAPIRO<br>Deputy Director, Federal Programs Branch |
| *Counsel for Plaintiff* | /s/ Jacob S. Siler<br>JACOB S. SILER (D.C. Bar. No. 1003383)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 353-4556<br>Email: Jacob.S.Siler@usdoj.gov |
| | *Counsel for Defendant* |