**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., Plaintiff, v. U.S. DEPARTMENT OF JUSTICE, Defendant. | Case No. 16-cv-2046 (TSC) |

# JOINT STATUS REPORT

Plaintiff Judicial Watch ("Plaintiff") and Defendant United States Department of Justice ("Defendant") submit the following Joint Status Report.

As explained in the parties' last Joint Status Report, filed on July 28, 2025, *see* ECF No. 48, the FBI has completed its review of records subject to the FOIA that are responsive to Plaintiff's requests. The FBI has provided final determinations, and, if applicable, productions, for all such records to Plaintiff.

The parties have conferred. Plaintiff does not have any objections to the FBI's search or the application of FOIA exemptions to records that have been withheld in part. There remains a dispute regarding 169 pages of records Defendant withheld in full asserting Exemptions 5, 6, and 7C.

In order to resolve this dispute, the parties propose the following briefing schedule:

| EVENT | DATE |
|---|---|
| Defendant's Motion for Summary Judgment, including supporting Vaughn Index and/or Declarations | March 23, 2026 |
| Plaintiffs' Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment | April 27, 2026 |

| | |
|---|---|
| Defendant's Opposition to Plaintiffs' Cross-Motion for Summary Judgment and Reply in Support of Defendant's Motion for Summary Judgment | May 29, 2026 |
| Plaintiffs' Reply In Support of Cross-Motion for Summary Judgment | June 12, 2026 |

Dated: December 19, 2025

*/s/ Michael Bekesha*
Michael Bekesha (DC Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Counsel for Plaintiff*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Jacob S. Siler*
JACOB S. SILER (D.C. Bar. No. 1003383)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-4556
Email: Jacob.S.Siler@usdoj.gov

*Counsel for Defendant*