**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

—————————————————————

JUDICIAL WATCH, INC.,

           Plaintiff,

           v.

U.S. DEPARTMENT OF JUSTICE,

           Defendant.

—————————————————————

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 16-cv-2046 (TSC)

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant United States Department of Justice respectfully moves for summary judgment pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 7(h).  The reasons for this motion are set forth in the attached Memorandum of Points and Authorities in Support of Defendant's Motion for Summary Judgment, Statement of Material Facts as to Which There Is No Genuine Issue, and the Declaration of Amie Marie Napier along with the exhibits supporting that declaration.  A proposed order is also attached.

Dated: March 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

2

/s/ Jacob S. Siler
JACOB S. SILER (D.C. Bar No. 1003383)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-4556
Fax: (202) 616-8470
jacob.s.siler@usdoj.gov

*Counsel for the Defendant*

2