**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-2046 (TSC) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

In support of its Motion for Summary Judgment, Defendant U.S. Department of Justice has

provided additional information concerning the records it continues to withhold and the reasons

for their withholding. Plaintiff Judicial Watch, Inc. is now satisfied that Defendant has adequately

justified the withholding of the contested records.

Accordingly, the parties, by counsel and pursuant to Rule 41(a)(1)(A)(ii), stipulate to the

dismissal of this action with prejudice, each to bear its own attorney's fees and costs.

Dated: April 27, 2026

/s/ Michael Bekesha
Michael Bekesha (DC Bar No. 995749)
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800
Washington, DC 20024
(202) 646-5172

*Counsel for Plaintiff*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Jacob S. Siler
JACOB S. SILER (D.C. Bar. No. 1003383)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-4556

2

Email: Jacob.S.Siler@usdoj.gov

*Counsel for Defendant*